ACCEPTED
03-15-00363-CV
5895067
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/1/2015 10:40:31 AM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-15-00363-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/1/2015 10:40:31 AM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS
## FOR THE THIRD JUDICIAL DISTRICT AT AUSTIN, TEXAS

### TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES,

*Appellant*,

v.

### BRILLIANT STARTS LEARNING ACADEMY, L.L.C.

*Appellee*.

**On Appeal from the 207TH District Court, Comal County, Texas;
Cause No. C2015-0676B; before the Honorable Dib Waldrup**

## APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME
## TO FILE BRIEF

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for
Civil Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

Pat Tulinski
State Bar No. 20283485
Assistant Attorney General
TEXAS ATTORNEY GENERAL'S OFFICE
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:  (512) 475-4170
Facsimile:   (512) 320-0167
pat.tulinski@texasattorneygeneral.gov
Attorneys for Appellant

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:**

Now comes Appellant Texas Department of Family & Protective Services, asking the Court to extend the time to file its brief in Cause Number 03-15-00363-CV; Trial Court Cause Number C2015-0676B.

Appellant is the Texas Department of Family & Protective Services. Appellee is Brilliant Starts Learning Academy, L.L.C. There is no specific deadline to file this motion to extend. *See* Tex. R. App. P. 38.6(d). Appellant has conferred with counsel for Appellee, and this request for extension is unopposed.

The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief. The Department's brief is presently due on July 2, 2015. The Department requests an additional twenty (20) days to file its brief. If granted, the new due date will be July 22, 2015.

This extension is necessary because counsel for the Department had a death in her family and was out of the office. Counsel for the Department was the sole attorney present and participating at the multi-day hearing on the Temporary Injunction, and she is familiar with the facts and law involved in this case. There was no other attorney prepared to handle this matter for the Department. Further, the legal and factual issues are moderately complex and

require sufficient time to address them properly.

This is the Department's first motion to extend the deadline. No prior extensions have been granted. This request is not sought for purposes of delay but to see that justice is done.

For these reasons, Appellant respectfully requests that this Court grant this 20 day extension of time to file its brief, to be due on July 22, 2015.

SIGNED this 30th day of June, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division


/s/ Pat Tulinski
Pat Tulinski
TBN 20283485
Assistant Texas Attorney General
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4170

Cause No. 03-15-00363-CV
Appellant's Unopposed Motion to Extend Time to File Brief

Facsimile: (512) 320-0167
pat.tulinski@texasattorneygeneral.gov

## CERTIFICATE OF CONFERENCE

Pursuant to TRAP 10.1(a)(5), counsel for Appellant conferred with counsel for Appellee and obtained consent to file this motion unopposed.


*/s/ Pat Tulinski*
Pat Tulinski


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Appellant's Unopposed Motion to Extend Time to File Brief was transmitted by electronic filing on the 30th day of June, 2015 to the party of record as listed below:


**Brilliant Starts Learning Academy, L.L.C.**
**Appellee**

Gregory B. Cagle
Regional Attorney
Texas Municipal Police Association
1602B State St.
Houston, TX 77007
Telephone: (713) 489-4789
Facsimile: (713) 489-4792
gcagle@tmpalawyer.com


*/s/ Pat Tulinski*
Pat Tulinski